**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Penny Sheppard

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY SHEPPARD,<br><br>  Plaintiff,<br><br>  v<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | No. EDCV 10-1020 AGR<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act Fees, Costs and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of ONE THOUSAND EIGHT HUNDRED NINETY-FOUR DOLLARS and SIXTY-FOUR CENTS ($1,894.64) for attorney fees and NINETEEN DOLLARS and SIXTY-FIVE CENTS ($19.65) for costs, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: April 14, 2011

_/s/ Alicia G. Rosenberg_
THE HONORABLE ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1

Respectfully submitted,

LAW OFFICES OF MARTIN TALLER

/s/
_____
Troy D. Monge
Attorney for Plaintiff Penny Sheppard